THE NATIONAL SURETY COMPANY, A CORPORA-
TION v. JOHN SANGREN, ET AL.
THE NATIONAL SURETY COMPANY, A CORPORA-
TION, v. LARAMIE AUTO COMPANY,
A CORPORATION

(Nos. 1680, 1681; Feb. 10, 1931; 295 Pac. 915; two cases)

For the plaintiff in error in each of the above cases, there was a brief by *W. O. Wilson*, of Cheyenne, Wyoming, and oral argument by *Mr. Wilson*.

For the defendants in error in each of said cases there was a brief by *Corthell, McCollough and Corthell*, of Laramie, Wyoming, and oral arguments by *Mr. A. W. McCollough*.

The briefs in each of the cases were the same as in case No. 1679.

*Per Curiam.*

In each of these cases the questions are the same as those this day decided in National Surety Company, plaintiff in error v. The W. H. Holliday Company, defendant in error, No. 1679, 295 Pac. 913.

*Judgments Affirmed.*